## DANIEL v. McDONALD.

EVANS, P. J.   No error of law is complained of, and the evidence supports the verdict.        *Judgment affirmed. All the Justices concur.*
DECEMBER 13, 1911.

Complaint.   Before Judge Frank Park.   Calhoun superior court. June 26, 1911.

*Calhoun & Rambo,* for plaintiff in error.
*Hawes & Pottle,* contra.

---

## OWLS CLUB et al. v. TALBOT et al.

HILL, J.   There was no abuse of discretion on the part of the trial judge in granting the interlocutory decree, under the evidence in this case.
*Judgment affirmed. All the Justices concur.*
DECEMBER 13, 1911.

Injunction.   Before Judge Pendleton.   Fulton superior court. July 1, 1911.

*Madison Bell* and *Mark Bolding,* for plaintiffs in error.

*Cox & Cloud, Anderson, Felder, Rountree & Wilson,* and *George P. Whitman,* contra.